E-filed on __September 9, 2009__

Rodney K. Okano
Name

7852
Bar Code #

2400 S. Cimarron Road,
Suite # 130
Las Vegas, NV 89117
Address

(702) 566-3600
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   Peter R. Saplan
         Cynthia M. Saplan

Case #    09-22295
Chapter   7
Trustee   _____

Debtor(s)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )   Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
( )   Summary of Schedules
( )   Schedule A - Real Property
( )   Schedule B - Personal Property
( )   Schedule C - Property Claimed as Exempt
( )   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
     ( )   Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**
     ( )   Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )   Schedule G - Schedule of Executory Contracts & Unexpired Leases
( )   Schedule H - Codebtors
( )   Schedule I - Current Income of Individual Debtor(s)
( )   Schedule J - Current Expenditures of Individual Debtor(s)
( )   Statement of Financial Affairs
(x)   Change of Address

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ Peter R. Saplan
Peter R. Saplan
**Debtor's Signature**
Date:  September 9, 2009

/s/ Cynthia M. Saplan
Cynthia M. Saplan
**Joint Debtor's Signature**
Date:  September 9, 2009

(Revised 4/19/04)

## United States Bankruptcy Court
### District of Nevada

In re  Peter R. Saplan
       Cynthia M. Saplan
                                    Debtor(s)

Case No.  09-22295
Chapter   7

## Notice of Change of Address

Debtor's Social Security Number:        xxx-xx-2088

Joint Debtor's Social Security Number:  xxx-xx-2677

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              Peter R. Saplan and Cynthia M. Saplan

Street:            4950 Vegas Drive

City, State and Zip:  Las Vegas, NV 89107

Telephone #:       702-683-6776

**Please be advised that effective September 1, 20 09,
my (our) new mailing address and telephone number is:**

Name:              Peter R. Saplan and Cynthia M. Saplan

Street:            PO Box 3274

City, State and Zip:  Scranton, PA 18505

Telephone #:

/s/ Peter R. Saplan
Peter R. Saplan
Debtor

/s/ Cynthia M. Saplan
Cynthia M. Saplan
Joint Debtor